UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMY G. VELAZQUEZ,<br><br>                      Plaintiff,<br>v.<br><br>UNIVERSAL ACCOUNTS, LLC,<br><br>                      Defendant. | Case No.: 21-cv-379-DMS-MSB<br><br>**ORDER GRANTING MOTION TO TRANSFER VENUE** |

Pending before the Court is Plaintiff Amy G. Velazquez's Motion to Transfer Venue to the Central District of California. (ECF No. 4.) Plaintiff asserts she inadvertently filed the instant action in this District and was informed by counsel for Defendant Universal Accounts, LLC that venue was improper. Plaintiff argues venue is proper in the Central District of California because both Plaintiff and Defendant reside there. Defendant did not file an opposition, and its time to do so has expired.

/ / /

/ / /

/ / /

/ / /

Good cause appearing, Plaintiff's motion is GRANTED.  The Clerk of Court is directed to TRANSFER this action to the United States District Court for the Central District of California.

**IT IS SO ORDERED.**

Dated:  April 21, 2021

_____
Hon. Dana M. Sabraw, Chief Judge
United States District Court