1  Nicholas M. Wajda (Cal. Bar No. 259178)
2  **WAJDA LAW GROUP, APC**
   6167 Bristol Parkway
3  Suite 200
   Culver City, California 90230
4  +1 310-997-0471
   nick@wajdalawgroup.com
5
6  *Attorney for the Plaintiff*

7  **UNITED STATES DISTRICT COURT**
   **CENTRAL DISTRICT OF CALIFORNIA**
8

9  AMY G. VELAZQUEZ,

               Plaintiffs,              Case No. 2:21-cv-03459-DSF-PVC
10

11         v.                           **NOTICE OF SETTLEMENT**

12  UNIVERSAL ACCOUNTS, LLC,

13             Defendant.

14

15         **PLEASE TAKE NOTICE** that Plaintiff AMY G. VELAZQUEZ and Defendant

16  UNIVERSAL ACCOUNTS, LLC, hereby notify the Court that the parties have reached settlement,

17  and are in the process of completing the settlement agreement and filing dismissal papers. The

18  parties anticipate filing dismissal papers within 60 days.

19
20  DATED: February 4, 2022               Respectfully submitted,

21                                        AMY G. VELAZQUEZ

22                                        By: */s/ Nicholas M. Wajda*
                                          Nicholas M. Wajda
23                                        **WAJDA LAW GROUP, APC**
                                          6167 Bristol Parkway
24                                        Suite 200
                                          Culver City, California 90230
25                                        +1 310-997-0471
                                          nick@wajdalawgroup.com
26

27

28

                                          1